IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LISELOTTE DAVIS, :
    Plaintiff :
  :
v. : CIVIL NO. AMD 98-2794
  :
LOCKHEED MARTIN :
OPERATIONS SUPPORT, INC., :
    Defendant :

...oOo...

ORDER

In accordance with the foregoing Memorandum, it is this 29th day of February, 2000, by the United States District Court for the District of Maryland,

    (1)    ORDERED that the defendant's motion for summary judgment is GRANTED and JUDGMENT IS ENTERED IN FAVOR OF THE DEFENDANT; and it is further

    (2)    ORDERED that the Clerk of the Court CLOSE THIS CASE and TRANSMIT copies of this Order and the foregoing Memorandum to counsel of record.

_____
ANDRÉ M. DAVIS
United States District Judge