IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**FILED**
**U.S. DISTRICT COURT**
**DISTRICT OF MARYLAND**

LISELOTTE H. DAVIS                                :

    Plaintiff,                                       :

**2000 JUL -6  A 9: 22**

**CLERK'S OFFICE**
**AT BALTIMORE**

    v.                                           : CIVIL ACTION NO. AMD 98-2794 ____DEPUTY

LOCKHEED MARTIN OPERATIONS          :
SUPPORT, INC.

    Defendant.                                    :

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## <u>O R D E R</u>

Upon consideration of plaintiff's June 28, 2000, Motion to Review Taxation of Costs

(Paper No. 32), and for good cause, it is this _____6^m_____ day of _____July_____, 2000, by this

Court ORDERED:

1. That plaintiff's Motion to Review Taxation of Costs (Paper No. 32), **IS GRANTED**;

2. That the Clerk's Order taxing costs (Paper No. 31), **IS RESCINDED**; and

3. That the Clerk of the Court **MAIL** a copy of this Order to counsel of record.

ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE